1058

[Nos. 57437-0-I; 56104-9-I.   Division One.   September 22, 2008.]

JIMMY J. HARKEY ET AL., *Appellants*, v. GERALD ROBERT KINGEN ET AL., *Respondents*.

ASIA EUROPE AMERICAS BANK, *Plaintiff*, v. LIFE'S A GAMBLE, LLC, ET AL., *Appellants*, PAUL L. MERLINO ET AL., *Respondents*, SCOTT G. SWITZER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 05-2-08876-1, Brian D. Gain, J., entered December 2, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Agid, J.

[Nos. 59732-9-I; 60229-2-I.   Division One.   September 22, 2008.]

RONALD D. ASHLEY ET AL., *Respondents*, v. THE CITY OF SEATTLE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-2-04447-1, William L. Downing, J., entered February 26, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Lau, JJ.

[No. 60032-0-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-8-00033-8, David M. Thorn, J. Pro Tem., entered May 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60305-1-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. CARL FRANCIS ROY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10053-7, Michael J. Fox, J., entered July 11, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.